UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10
```

---

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

                Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>　　　　　　　　Defendant. | No. 03 Civ. 3819 (RJS)<br>ORDER |
| AFFYMETRIX, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>　　　　　　　　Defendants. | No. 03 Civ. 8907 (RJS)<br>ORDER |
| ENZO LIFE SCIENCES, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>　　　　　　　　Defendant. | No. 04 Civ. 1555 (RJS)<br>ORDER |
| ROCHE DIAGNOSTICS GMBH,<br><br>　　　　　　　　Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 4046 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

　　The Court is in receipt of the parties' April 5, 2010 status letter, which states that the related case of *Enzo Biochem, Inc. v. Applera Corp.*, Appeal No. 2009-1281, was recently decided by the

Federal Circuit. Accordingly, IT IS HEREBY ORDERED THAT, by May 18, 2010, the parties shall submit a joint letter, not to exceed eight pages, setting forth their respective positions on the recent Federal Circuit decision.

IT IS FURTHER ORDERED THAT the parties shall appear for a conference on May 27, 2010 at 4:30 p.m.

SO ORDERED.

DATED:   April 7, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE